UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                             )
                                   )   No. 1:05-CV-564-SEB-VSS
JOHN WILLIAM BARTLE,               )
                                   )   (formerly Bankr. No. 04-23292)
      Debtor.                      )

FINAL JUDGMENT ON VALIDITY AND
AMOUNT OF THREE REMAINING TAX LIABILITIES

The debtor, John W. Bartle, having filed a motion for determination of the validity and amount of certain of his tax liabilities asserted by the United States, pursuant to 11 U.S.C. § 505(a), and the debtor and the United States of America having recently agreed in writing to the validity and amount of the three federal tax liabilities asserted by the United States that were previously unresolved, and the United States, with the agreement of the debtor, having requested the entry of final judgment with respect to those three remaining agreed liabilities, final judgment is entered in favor of the United States of America and against John W. Bartle, as to the validity and amount of certain federal tax liabilities of Mr. Bartle under 11 U.S.C. § 505, as follows:

(a) The debtor, John W. Bartle, is liable for a trust fund recovery penalty pursuant to 26 U.S.C. § 6672 which was assessed on January 31, 2007, based on wages that were paid by Heritage Medical Services, Inc., with respect to employment during 2004, in the amount of $3,587,962.52, plus statutory interest from the date of assessment;

BB2\Final.Judgment

(b) The debtor, John W. Bartle, is liable for a deficiency in income tax for the year 2000, in the amount of $177,018.20, plus an accuracy-related penalty under 26 U.S.C. § 6662(b)(2) in the amount of $35,403.64, and a failure to file penalty under 26 U.S.C. § 6651(a)(1) in the amount of $7,933.81, and for statutory interest, none of which have yet been assessed; and

(c) The debtor, John W. Bartle, is liable for a deficiency in income tax for the year 2001, in the amount of $199,489.00, plus an accuracy-related penalty under 26 U.S.C. § 6662(b)(2) in the amount of $39,897.80, and a failure to file penalty under 26 U.S.C. § 6651(a)(1) in the amount of $27,933.00, and for statutory interest, none of which have yet been assessed.

Date: __06/07/2007__

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

ROBERT L. NICHOLSON
Beckman Lawson LLP
200 E. Main Street
Suite 800
Fort Wayne, Indiana 46801

WENDY D. BREWER
Barnes & Thornburg
11 South Meridian Street
Indianapolis, Indiana 46204

GERALD J. McCONOMY
Knapp McConomy Merlie LLP
1216 Route 113
P.O. Box 487
Chester Springs, PA 19425

JEFFREY L. HUNTER
Assistant U.S. Attorney
10 West Market Street
21st Floor
Indianapolis, Indiana 46204

JOSEPH F. McGONIGAL
Office of U.S. Trustee
101 West Ohio Street
Suite 101
Indianapolis, Indiana 46204

JAMES E. CARLBERG
Bose McKinney & Evans LLP
2700 First Indiana Plaza
135 North Pennsylvania Street
Indianapolis, Indiana 46204

DOUGLAS W. SNOEYENBOS
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044