UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | No. 1:05-CV-564-SEB-VSS |
| JOHN WILLIAM BARTLE, | ) | |
| | ) | (formerly Bankr. No. 04-23292) |
| Debtor. | ) | |

FINAL JUDGMENT ON VALIDITY AND
AMOUNT OF THREE REMAINING TAX LIABILITIES

The debtor, John W. Bartle, having filed a motion for determination of the validity and amount of certain of his tax liabilities asserted by the United States, pursuant to 11 U.S.C. § 505(a), and the debtor and the United States of America having recently agreed in writing to the validity and amount of the three federal tax liabilities asserted by the United States that were previously unresolved, and the United States, with the agreement of the debtor, having requested the entry of final judgment with respect to those three remaining agreed liabilities, final judgment is entered in favor of the United States of America and against John W. Bartle, as to the validity and amount of certain federal tax liabilities of Mr. Bartle under 11 U.S.C. § 505, as follows:

(a) The debtor, John W. Bartle, is liable for a trust fund recovery penalty pursuant to 26 U.S.C. § 6672 which was assessed on January 31, 2007, based on wages that were paid by Heritage Medical Services, Inc., with respect to employment during 2004, in the amount of $3,587,962.52, plus statutory interest from the date of assessment;

(b) The debtor, John W. Bartle, is liable for a deficiency in income tax for the year 2000, in the amount of $177,018.20, plus an accuracy-related penalty under 26 U.S.C. § 6662(b)(2) in the amount of $35,403.64, and a failure to file penalty under 26 U.S.C. § 6651(a)(1) in the amount of $7,933.81, and for statutory interest, none of which have yet been assessed; and

(c) The debtor, John W. Bartle, is liable for a deficiency in income tax for the year 2001, in the amount of $199,489.00, plus an accuracy-related penalty under 26 U.S.C. § 6662(b)(2) in the amount of $39,897.80, and a failure to file penalty under 26 U.S.C. § 6651(a)(1) in the amount of $27,933.00, and for statutory interest, none of which have yet been assessed.

Date: 06/07/2007

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

| | |
|---|---|
| ROBERT L. NICHOLSON<br>Beckman Lawson LLP<br>200 E. Main Street<br>Suite 800<br>Fort Wayne, Indiana 46801 | JOSEPH F. McGONIGAL<br>Office of U.S. Trustee<br>101 West Ohio Street<br>Suite 101<br>Indianapolis, Indiana 46204 |
| WENDY D. BREWER<br>Barnes & Thornburg<br>11 South Meridian Street<br>Indianapolis, Indiana 46204 | JAMES E. CARLBERG<br>Bose McKinney & Evans LLP<br>2700 First Indiana Plaza<br>135 North Pennsylvania Street<br>Indianapolis, Indiana 46204 |
| GERALD J. McCONOMY<br>Knapp McConomy Merlie LLP<br>1216 Route 113<br>P.O. Box 487<br>Chester Springs, PA 19425 | DOUGLAS W. SNOEYENBOS<br>P.O. Box 55, Ben Franklin Station<br>Washington, D.C. 20044 |
| JEFFREY L. HUNTER<br>Assistant U.S. Attorney<br>10 West Market Street<br>21st Floor<br>Indianapolis, Indiana 46204 | |